Caldwell, Appellant, *v.* Fairley, Director, et al.

Argued September 26, 1949. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

214

215

*Wilbur F. Galbraith,* with him *Charles D. Coll* and *Prichard, Lawler, Malone & Geltz,* for appellant.

*Louis Rosenberg,* Assistant City Solicitor, with him *Anne X. Alpern,* City Solicitor, for appellees.

OPINION PER CURIAM, November 14, 1949:
The order of the court below is affirmed on the able opinion of Judge O'TOOLE.

## Quality Fruit Wines Corporation, Appellant, *v.* Rahal Cold Storage Company.

Argued October 3, 1949. Before MAXEY, C. J., DREW, LINN, PATTERSON, STEARNE and JONES, JJ.

